Case 2:19-mj-02833-DUTY   Document 3   Filed 07/18/19   Page 1 of 4   Page ID #:35
Case 2:19-mj-02833-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 07/15/19   Page 1 of 4
AO 93  (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)   Page ID #:14

# UNITED STATES DISTRICT COURT

### for the

Central District of California

| | |
|---|---|
| In the Matter of the Search of )<br><br>A United States Postal Service Priority Mail parcel )<br>bearing label number 9505 5128 5823 9191 2112 )<br>03, as described in Attachment A ) <br> )<br> )<br> )<br> )<br> ) | Case No. 2: 19-MJ-02833 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return</u> <u>through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for_____days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   11:18 a.m.  July 15, 2019          _____
                                                                              *Judge's signature*

City and state:      Los Angeles, CA                      Honorable Karen L. Stevenson
                                                                              *Printed name and title*

AUSA: Keith D. Ellison x6920

Case 2:19-mj-02833-DUTY   Document 3   Filed 07/18/19   Page 2 of 4   Page ID #:36
Case 2:19-mj-02833-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 07/15/19   Page 2 of 4
Page ID #:15

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:19-MJ-02833 | 7/15/19   12:15PM | USPS |

Inventory made in the presence of :

DEA SA DROBAC / DEA SA BENEDICTO

Inventory of the property taken and name of any person(s) seized:

NO CONTRABAND

PARCEL/CONTENTS RETURNED TO MAIL STREAM

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/16/19

_____
Executing officer's signature

POSTAL INSPECTOR JOSEPH WEIDENKOPF
*Printed name and title*

Case 2:19-mj-02833-DUTY   Document 3   Filed 07/18/19   Page 3 of 4   Page ID #:37
Case 2:19-mj-02833-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 07/15/19   Page 3 of 4
Page ID #:16

## ATTACHMENT A

PARCEL TO BE SEARCHED

A United States Postal Service Priority Mail parcel bearing label number 9505 5128 5823 9191 2112 03, which is a white cardboard box, weighing approximately 3 pounds 13.7 ounces, postmarked on July 10, 2019 in Cerritos, California, and which bears a handwritten address label with the following recipient information: "KEONA 14913 MADDER DR. EDMOND, OK. 73013;" and with the following sender address information: "9454½ Park St. Bellflower, CA. 90706."

## ATTACHMENT B

ITEMS TO BE SEIZED

The following items are to be seized from the parcel described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

      a.    Any controlled substances;

      b.    Currency, money orders, bank checks, or similar monetary instruments in quantities over $1000; and

      c.    Packaging material.

ii